IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FORREST W. PHILLIPS, SR.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**HUNTER MARINE TRANSP., INC.,** )<br>)<br>Defendant. ) | Case No. 09−cv−0997−SCW |

# ORDER

**WILLIAMS, Magistrate Judge:**

Before the Court are Phillips' First Motion *In Limine*, Phillips' Second Motion *In Limine*, and Hunter Marine's Motion *In Limine*. Arguments were presented in a telephonic hearing held at 3:00 p.m. on November 2, 2011.

## I. Phillips' First Motion *In Limine*

Section 1 of Phillips' First Motion *In Limine* is GRANTED IN PART. At trial, Hunter Marine will be designated as "Plaintiff;" Phillips will be designated as "Defendant." Otherwise, Section 1 of Phillips' First Motion *In Limine* is DENIED.

Section 2 is GRANTED IN PART and DENIED IN PART. Evidence of Phillips' June 1995 theft conviction will be excluded. Otherwise, Section 2 of Phillips' First Motion *In Limine* is DENIED.

Section 3 is GRANTED IN PART and DENIED IN PART. Phillips' conviction for unlawful possession of a controlled substance will be excluded. His forgery convictions will be allowed. And while Hunter Marine may elicit on cross examination the fact that Phillips had a 2007

misdemeanor conviction, any reference to the underlying facts of that conviction—i.e. that it was a theft conviction—will be excluded.

Section 4 is GRANTED.

**II. Phillips' Second Motion *In Limine***

DENIED.

**III. Hunter Marine's Motion *In Limine***

GRANTED.

**IT IS SO ORDERED**.

DATED: November 3, 2011

                                                **/s/ *Stephen C. Williams***
                                                STEPHEN C. WILLIAMS
                                                United States Magistrate Judge