IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FORREST W. PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.   09-997-SCW ) |
| HUNTER MARINE TRANSPORT, INC., and HUNTER MARINE ADMINISTRATIVE SERVICES, LLC., | ) ) ) ) |
| Defendants, | ) ) ) |
| HUNTER MARINE ADMINISTRATIVE SERVICES, LLC., and HUNTER MARINE TRANSPORT INC., | ) ) ) ) |
| Counter Claimant | ) |
| vs. | ) ) |
| FORREST W. PHILLIPS, | ) ) |
| Counter Defendant, | ) |

## JUDGMENT IN A CIVIL CASE

A jury verdict was rendered on November 11, 2011 (Doc. 90) in favor of defendant **HUNTER MARINE TRANSPORT, INC** and **HUNTER MARINE ADMINISTRATIVE SERVICES, LLC.**, and against plaintiff **FORREST W. PHILLIPS.**

In a bench trial on the portions of plaintiff **FORREST W. PHILLIPS'** complaint that were not presented to the jury, the Court found for **HUNTER MARINE** and against **FORREST W. PHILLIPS** on all plaintiff's claims (Doc. 104).

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of defendants/counter-claimants **HUNTER MARINE TRANSPORT, INC.,** and **HUNTER**

**MARINE ADMINISTRATIVE SERVICES, LLC.,** and against plaintiff/counter-defendant **FORREST W. PHILLIPS** on all Phillips's claims in the total amount of ninety-seven thousand, one hundred ten dollars and eighty-eighty cents ($97,110.88).

**Dated: September 28, 2012**

                                            **Nancy J. Rosenstengel, Clerk of Court**

                                            **By:   s/Angie Vehlewald**
                                                      **Deputy Clerk**

**Approved: s/Stephen C. Williams**
                **Stephen C. Williams**
                **United States Magistrate Judge**